ACCEPTED
01-15-00433-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 12:49:02 PM
CHRISTOPHER PRINE
CLERK

# BUCKLEY, WHITE, CASTANEDA & HOWELL, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

2401 FOUNTAINVIEW
SUITE 1000
HOUSTON, TEXAS 77057

RICHARD T. HOWELL, JR.
rthowell@bwchlaw.com

TELEPHONE (713) 789-7700
FACSIMILE (713) 789-7703

May 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/20/2015 12:49:02 PM

CHRISTOPHER A. PRINE
Clerk

864

Mr. Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:  Cause No. 791725; *First Industrial, L.P. v. Pfeil Fitness, Inc. and Lorie A. Pfeil*; In the County Court at Law Number Three (3) of Harris County, Texas

Dear Mr. Prine:

On May 18, 2015, Real Party in Interest's Response to Petition for Writ of Mandamus was filed.

Please replace App No. 2 which was filed with the Real Party in Interest's Response to Petition for Writ of Mandamus on May 18, 2015 with the corrected App. No. 2 which is enclosed hereto. The original App. No. 2 was incorrect.

I apologize for any inconvenience this may have caused. Thank you for your time and attention to this matter. Should you have any questions regarding this matter, you may contact the undersigned.

Sincerely,

/s/

Richard T. Howell, Jr.

RTH/hv
Enclosures
W:\Howell\864\Appellate\Appellate court-001.docx

cc:  Mr. Sean Reagan                                  *Via Email: sreagan@lpmfirm.com*
     Leyh, Payne & Mallia, PLLC
     9545 Katy Freeway, Suite 200
     Houston, Texas 77024

# APP NO. 2

# ASSIGNMENT OF FINAL JUDGMENT

This Assignment of Final Judgment ("Assignment") is made and effective on September 1, 2009, by Carlyle/FR Houston Investors, L.P. ("Assignor") and First Industrial Investment II, LLC ("Assignee").

## Recitals

**WHEREAS,** a Final Judgment in Cause No. 791,725; *First Industrial, L.P. vs. Pfeil Fitness, Inc. and Lorie A. Pfeil*; In the County Civil Court at Law Number Three (3) of Harris County, Texas in favor of Carlyle/FR Houston Investors, L.P. was signed on or about February 8, 2006 against Pfeil Fitness, Inc. and Lorie A. Pfeil. A true and correct copy of the Final Judgment is attached hereto and incorporated herein by reference for all purposes as **Exhibit "1."**

**WHEREAS,** Assignor now intends to assign all of its right, title, and interest, in its Final Judgment to Assignee.

**THEREFORE,** in consideration of the mutual promises and conditions contained in this Assignment, the parties agree as follows:

## Assignment

1. Effective September 1, 2009, Assignor assigns to Assignee all of its right, title, and interest in the Final Judgment signed on or about February 8, 2006 in Cause No. 791,725; *First Industrial, L.P. vs. Pfeil Fitness, Inc. and Lorie A. Pfeil*; In the County Civil Court at Law Number Three (3) of Harris County, Texas in favor of Carlyle/FR Houston Investors, LP, against Pfeil Fitness, Inc. and Lorie A. Pfeil.

## Binding on Successors

This Assignment binds and inures to the benefit of the parties, their heirs, executors, administrators, successors in interest, and assigns.

Acknowledged, Accepted and Agreed to as of the 1st day of September, 2009.

**ASSIGNOR**

Carlyle/FR Houston Investors, L.P.

By: _____
FR Houston, L.P.
its sole general partner

**ASSIGNEE**
First Industrial Investment II, LLC

By: _____
First Industrial, L.P., its sole member

"CLOSED"

146184 146185 146186 146187

NO. 791, 725

| | | |
|---|---|---|
| FIRST INDUSTRIAL, L.P., | § | IN COUNTY CIVIL COURT |
| Plaintiff, | § | |
| | § | |
| VS. | § | AT LAW NUMBER THREE (3) |
| | § | |
| PFEIL FITNESS, INC. AND LORIE A. PFEIL, | § | |
| Defendants. | § | OF HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

On September 12, 2005, the court called this case for trial. Intervenor, CARLYLE/FR HOUSTON INVESTORS, L.P., appeared in person and through its attorney and announced ready for trial. Defendants, PFEIL FITNESS, INC. AND LORIE A. PFEIL, appeared in person and through their attorney of record and announced ready for trial. The court determined that it had jurisdiction over the subject matter and parties to this proceeding. The parties submitted all matters in controversy, legal and factual, to the court. The court then heard the evidence and arguments of counsel and rendered judgment for Intervenor, Carlyle/FR Houston Investors, L.P.

It is therefore, **ORDERED, ADJUDGED AND DECREED**, that Intervenor, Carlyle/FR Houston Investors, L.P., shall have and recover from Defendants, Pfeil Fitness, Inc. and Lorie A. Pfeil, jointly and severally, a judgment in the sum of Twenty Thousand Six Hundred Sixty Six and 58/100 Dollars ($20,666.58). Interest will accrue from January 31, 2006, through entry of judgment at eighteen percent (18%) per annum on the principal sum of $13,504.04.

It is further, **ORDERED, ADJUDGED AND DECREED**, that postjudgment interest will accrue at a rate of eighteen percent (18%) per annum compounded annually from the date hereof, until the judgment is paid in full.

It is further **ORDERED, ADJUDGED AND DECREED**, that Intervenor, Carlyle/FR Houston Investors, L.P., shall have and recover from Defendants, Pfeil Fitness, Inc. and Lorie A.



EXHIBIT
1

Pfeil, in addition to the sums set forth above, attorneys' fees in the amount of eighteen thousand and 00/100 Dollars ($18,000.00), together with the conditional judgment of Five Thousand and 00/100 Dollars ($5,000.00) should Defendants, Pfeil Fitness, Inc. and Lorie A. Pfeil, unsuccessfully appeal this judgment to the Court of Appeals, and Two Thousand Five Hundred and 00/100 ($2,500.00) should Defendants, Pfeil Fitness, Inc. and Lorie A. Pfeil, file a petition for review with the Texas Supreme Court, and Five Thousand and 00/100 Dollars ($5,000.00) should the petition for review be granted by the Texas Supreme Court.

It is further, **ORDERED ADJUDGED AND DECREED**, that First Industrial, L.P.'s and Carlyle/FR Investors, L.L.C.'s nonsuits without prejudice are in all respects GRANTED.

It is further, **ORDERED, ADJUDGED AND DECREED**, that First Industrial, L.P.'s, Carlyle/FR Investors, L.L.C.'s, and Carlyle/FR Houston Investors, L.P.'s motion for summary judgment on Counterplaintiff's Pfeil Fitness, Inc.'s and Lorie A. Pfeil's counterclaim is in all respects GRANTED.

It is further, **ORDERED, ADJUDGED AND DECREED**, that Intervenor, Carlyle/FR Houston Investors, L.P., is awarded all costs of court, and that all writs shall be issued to enforce this judgment as may be necessary.

All relief not granted herein is specifically denied.

SIGNED ~~and ENTERED~~ on this ____8th____ day of __February__, 2006.

_____
**JUDGE PRESIDING**

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

W:\Howell\616\Pleadings\Final Judgment-002.wpd

FILED
2006 FEB -8 AM 11:31
COUNTY CLERK
HARRIS COUNTY, TEXAS



2006 FEB -1 PM 2:
COUNTY CLERK
HARRIS COUNTY, TEX.
FILED